AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| City of Kings Mountain | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:10-cv-01153-PLF |
| Eric Holder & Thomas E. Perez | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric H. Holder, Jr., U.S. Attorney General, and Thomas E. Perez, U.S. Assistant Attorney General                  .

Date:       07/22/2010

*Attorney's signature*

Risa Berkower, NY Bar # 4536538
*Printed name and bar number*

U.S. Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave. NW, NWB- 7th Floor
Washington, DC 20530
*Address*

risa.berkower@usdoj.gov
*E-mail address*

(202) 305-0150
*Telephone number*

(202) 307-3961
*FAX number*